ANDREW L. PACKARD (State Bar No. 168690)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N. Ste. 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com
          emily@packardlawoffices.com

Attorneys for Plaintiff California Sportfishing Protection Alliance

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation;<br><br>                Plaintiff,<br><br>        vs.<br><br>GEORGIA-PACIFIC GYPSUM LLC, a Delaware limited liability company; GEORGIA-PACIFIC BUILDING PRODUCTS LLC, a Delaware limited liability company; RICK TURNER, an individual; MANOJ MATHUR, an individual; ROBERT CYPHERS, an individual; JEREMIAH DAVIS, an individual; MICHAEL WOODY, an individual; FRED CURCIO, an individual,<br><br>                Defendants. | Case No. 3:12-CV-06274-SI<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT SCHEDULE; DECLARATION OF EMILY BRAND; [PROPOSED] ORDER [Civil L.R. 16-2(d)] |

Plaintiff California Sportfishing Protection Alliance ("CSPA") together with Defendants Georgia-Pacific Gypsum LLC, Georgia-Pacific Building Products LLC, Robert Cyphers, Jeremiah Davis, Michael Woody, Fred Curcio, Rick Turner and Manoj Mathur  hereby stipulate and move to continue the remaining case management schedule dates set in the Order dated December 11, 2012 (Court Doc #3) and amended by the Case Management Conference Order (Court Doc #8) to be

continued by a period of thirty (30) days.

Date:  February 28, 2013          LAW OFFICES OF ANDREW L. PACKARD

**/s/ Emily J. Brand**_____
Emily J. Brand
Attorneys for Plaintiff
California Sportfishing Protection Alliance


Date:  February 28, 2013          COX CASTLE & NICHOLSON LLP

**/s/  Robert P. Doty**_____
Robert P. Doty
Attorneys for Defendants
Georgia-Pacific Gypsum LLC, et al.

DECLARATION OF EMILY BRAND

1. I am an attorney for Plaintiff California Sportfishing Protection Alliance, herein.
2. This action is a complaint for declaratory and injunctive relief and civil penalties brought against Defendants Georgia-Pacific Gypsum LLC, Georgia-Pacific Building Products LLC, Robert Cyphers, Jeremiah Davis, Michael Woody, Fred Curcio, Rick Turner and Manoj Mathur ("Defendants"), for current and ongoing violations of the Clean Water Act, 33 U.S.C. § 1251 to § 1387.  The action was filed on December 11, 2012.
3. Plaintiff has not served Defendants at this time.
4. The parties are in active negotiations to settle the matter and hope to reach a complete resolution of this matter soon.  Plaintiff has presented Defendants with a settlement proposal and Defendants have provided substantive comments on this agreement.
5. The parties agree that it is in their mutual best interests to request a short continuation of all Court deadlines to allow the parties to continue the settlement negotiations.
6. I am therefore requesting all current deadlines be extended thirty days, to allow Plaintiff and Defendants to come to a settlement agreement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in Berkeley, CA on February 28, 2013.

Dated:  2/28/2013                            Law Offices of Andrew L. Packard

                                     By:     __/s/ Emily J. Brand_____
                                             Emily J. Brand
                                             Attorneys for Plaintiff

[PROPOSED ORDER]

GOOD CAUSE APPEARING, it is hereby, ORDERED, that the deadlines set forth in the Clerk's Notice Setting Case Management Conference be extended as follows:

Last day to file Rule 26(f) Report, complete initial disclosures or state Objection and file Case Management Statement    - April 5, 2013

Initial Case Management Conference    - April ~~15~~ 19, 2013

Dated: 3/6/13

_____
UNITED STATES DISTRICT JUDGE